TODD A. ROBERTS (SBN 129722)
ENRIQUE MARINEZ (SBN 160956)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:      (650) 364-8200
Facsimile:       (650) 780-1701
Email:             todd.roberts@rmkb.com
                       enrique.marinez@rmkb.com
                       nicole.healy@rmkb.com

Attorneys for Defendant/Cross-Complainant STRAW HAT RESTAURANTS, INC., Cross-Complainant STRAW HAT COOPERATIVE CORPORATION, AND Defendants JEFFREY EASON, SAL LISTEK, DEBORAH MORRIS, CLARK RUPP, RANDY WISE, AND ALLEN STREGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGLISH & SONS, INC., a California Corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STRAW HAT RESTAURANTS, INC., a California corporation, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE NO.<br><br>**DEFENDANTS STRAW HAT RESTAURANTS, INC., JEFFREY EASON, SAL LISTEK, DEBORAH MORRIS, CLARK RUPP, RANDY WISE, AND ALLEN STREGE'S PETITION FOR REMOVAL** |

PLEASE TAKE NOTICE that defendants Straw Hat Restaurants, Inc. ("SHRI"), Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, Randy Wise, and Allen Strege hereby remove to this Court the action commenced in the Superior Court of California, Contra Costa County, including the related cross-claims, as described below:

**Background**

1.      On or about October 19, 2011, Plaintiffs Cole English, Donna English, Pizza Pierates, LLC, Formatts Enterprise, LLC, Mehrok Food, Inc., Mostafa Sehhat, and Olga Sehhat

filed an action against Defendants Straw Hat Cooperative Corporation ("SHCC"), Straw Hat Restaurants, Inc. ("SHRI"), Jonathan Fornaci, Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, and Randy Wise in the Superior Court of California, Contra Cost County, entitled *English, et al. v. Straw Hat Restaurants, Inc., et al.*, Action No. CIV 11-02391 (hereinafter, the "Contra Costa Action"). A true and correct copy of the Complaint in the Contra Costa Action is annexed hereto as Exhibit A and is incorporated herein.

2. The Defendants answered the Complaint on or about January 17, 2012, generally denying the allegations and asserting affirmative defenses.

3. On or about June 1, 2012, Plaintiffs filed a request for dismissal without prejudice of Defendant SHCC. A true and correct copy of the Request for Dismissal is annexed hereto as Exhibit B and is incorporated herein.

4. On or about June 11, 2012, Defendants SHCC, SHRI, Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, and Randy Wise filed a Cross-Complaint in the Contra Costa Action against Plaintiffs/Cross-Defendants Cole English, Donna English, Pizza Pierates, LLC, Formatts Enterprise, LLC, Mehrok Food, Inc., Mostafa Sehhat, and Olga Sehhat.

5. On or about June 11, 2012, Defendants Straw Hat Cooperative Corporation, Straw Hat Restaurants, Inc., Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, and Randy Wise filed an *Ex-Parte* Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction. Plaintiffs opposed that *Ex-Parte* Application.

6. On or about August 31, 2012, the Contra Costa Superior Court granted Defendants SHCC, SHRI, Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, and Randy Wise's *Ex-Parte* Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction and issued a Preliminary Injunction enjoining the Plaintiffs as follows:

   a. Plaintiffs and the Proposed Board [of SHCC] consisting of Cole English, Nick Harrison, Randy Matthews, Gary Mehrok and Olga Sehhat are enjoined from conducting business on behalf of the Straw Hat Cooperative Corporation (SHCC), including holding any meeting purporting to be the SHCC Board of Directors. However, plaintiffs

    and the members of the Proposed Board may continue to operate their Straw Hat restaurants and may continue to exercise their rights as SHCC members pursuant to the SHCC Bylaws; [and]

  b. The Court further orders that no funds are to be disbursed from SHCC without notice and written approval by Plaintiffs' counsel or written approval by the Court. The SHCC Special Meeting previously noticed for July 5, 2012 is vacated.

A true and correct copy of the Order granting Defendants' *Ex-Parte* Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, and issuing the Preliminary Injunction is annexed hereto as Exhibit C and is incorporated herein.

  7. On or about September 28, 2012, Plaintiffs/Cross-Defendants answered the Cross-Complaint, generally denying the allegations and asserting affirmative defenses. A true and correct copy of Plaintiffs/Cross-Defendants' Answer is annexed hereto as Exhibit D and is incorporated herein.

  8. On April 2, 2013, pursuant to an order of the Contra Costa Superior Court, Defendants filed a First Amended Cross-Complaint, including against Straw Hat IP Holdings, LLC ("SHIPH").

  9. On May 3, 2013, Plaintiffs/Cross-Defendants, with the exception of Cross-Defendant SHIPH demurred to Defendants' First Amended Cross-Complaint in the Contra Costa Action. SHIPH demurred to the First Amended Cross-Complaint on July 2, 2013.

  10. On or about October 10, 2013, the Contra Costa Superior Court issued an Order Determining Good Faith Settlement as to Jonathan Fornaci. On or about October 25, 2013, Plaintiffs dismissed defendant Jonathan Fornaci from the Contra Cost Action with prejudice. True and correct copies of that Order and the Request for Dismissal are annexed hereto as Exhibits E and F and are incorporated herein.

  11. Between on or about October 8, 2013, and on or about October 18, 2013, the Contra Costa Superior Court issued an Order sustaining in part and overruling in part Plaintiffs/Cross-Defendants and Cross-Defendant SHIPH's demurrer to Defendant's First

1  Amended Cross-Complaint, and granting Defendants/Cross-Complainants leave to amend.  That
2  Order was filed on or about December 24, 2013.  A true and correct copy of that Order is annexed
3  hereto as Exhibit G and is incorporated herein.

4      12.    On or about October 18, 2013, Defendants/Cross-Complainants filed a Second
5  Amended Cross-Complaint.

6      13.    On or about November 6, 2013, Plaintiffs/Cross-Defendants and Cross-Defendant
7  SHIPH answered Defendants/Cross-Complainants' Second Amended Cross-Complaint.  A true
8  and correct copy of the Plaintiffs/Cross-Defendants and Cross-Defendant SHIPH's Answer to
9  Defendants/Cross-Complainants Second Amended Cross-Complaint is annexed hereto as Exhibit
10 H and is incorporated herein.

11     14.    On December 24, 2013, the Contra Costa Superior Court issued an Order granting
12 Plaintiffs Cole English, Donna English, Pizza Pierates, LLC, Formatts Enterprise, LLC, Mehrok
13 Food, Inc., Mostafa Sehhat, and Olga Sehhat leave to file a First Amended Complaint.  A true and
14 correct copy of that Order is annexed hereto as Exhibit I and is incorporated herein.

15     15.    On January 6, 2014, Plaintiffs Cole English, Donna English, English & Sons, Inc.,
16 Pizza Pierates, LLC, Formatts Enterprise, LLC, Mehrok Food, Inc., Mostafa Sehhat, and Olga
17 Sehhat filed a First Amended Complaint against Defendants SHRI, Jeffrey Eason, Sal Listek,
18 Deborah Morris, Clark Rupp, and Randy Wise, and newly-added Defendant Allen Strege.  A true
19 and correct copy of the First Amended Complaint is annexed hereto as Exhibit J and is
20 incorporated herein.

21     16.    On February 4, 2014, Plaintiffs added SHCC as a defendant to the First Amended
22 Complaint.

23     17.    Defendants moved to strike portions of Plaintiffs' First Amended Complaint.
24 Thereafter, on June 17, 2014, Plaintiffs Cole English, Donna English, English & Sons, Inc., Pizza
25 Pierates, LLC, Formatts Enterprise, LLC, Mehrok Food, Inc., Mostafa Sehhat, and Olga Sehhat
26 filed a Second Amended Complaint against Defendants SHRI, Jeffrey Eason, Sal Listek, Deborah
27 Morris, Clark Rupp, Randy Wise, and Allen Strege.  A true and correct copy of the Second
28 Amended Complaint is annexed hereto as Exhibit K and is incorporated herein.

18. On July 18, 2014, Plaintiffs Cole English, Donna English, Pizza Pierates, LLC, Formatts Enterprise, LLC, Mehrok Food, Inc., Mostafa Sehhat, and Olga Sehhat moved to dissolve the Preliminary Injunction.

19. On July 21, 2014, Defendants SHCC, SHRI, Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, Randy Wise and Allen Strege demurred to Plaintiffs' Second Amended Complaint and opposed Plaintiffs' motion to dissolve the Preliminary Injunction.

20. On November 24, 2014, the Contra Costa Superior Court issued an Order sustaining in part and overruling in part Defendants' demurrer to the Second Amended Complaint, and granting Plaintiffs leave to file a Third Amended Complaint. A true and correct copy of that Order is annexed hereto as Exhibit L and is incorporated herein.

21. On January 14, 2015, the Contra Costa Superior Court issued an Order granting Plaintiffs' Motion to dissolve the preliminary injunction. A true and correct copy of that Order is annexed hereto as Exhibit M and is incorporated herein.

22. On February 19, 2015, Plaintiffs filed a Third Amended Complaint. The Third Amended Complaint alleged various causes of action under state law and — for the first time — asserted a cause of action for trademark infringement against Defendants under the Lanham Act, 15 U.S.C. § 1114(a). A true and correct copy of the Third Amended Complaint is annexed hereto as Exhibit N and is incorporated herein.

23. On March 25, 2015, Defendants answered the Plaintiffs' Third Amended Complaint and asserted affirmative defenses. The Defendants/Cross-Complainants also filed a Third Amended Cross-Complaint.

24. In addition to the foregoing, attached hereto are as Exhibit O are copies of additional "process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a).

**Grounds for Removal**

25. This action is a civil action over which this Court now has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed to this court by Defendants pursuant to the provisions of 28 U.S.C. §§ 1441(a), 1446(b)(3).

26. In Plaintiffs' Third Amended Complaint, Plaintiff SHIPH asserts a claim under the Lanham Act, 15 U.S.C. § 1114(1)(a), alleging that Defendants SHRI, Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, Randy Wise and Allen Strege infringed trademarks that, Plaintiffs contend, are owned by SHIPH and which SHIPH has allegedly filed with the United States Patent and Trademark Office.

27. Accordingly, with the filing of their Third Amended Complaint, Plaintiffs have asserted a claim "arising under the Constitution, laws, or treaties of the United States," that is, the Lanham Act, for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

28. Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a) because the United States District Court for the Northern District of California encompasses the Contra Costa County Superior Court in which the state court action was filed.

29. This Petition for Removal is filed within 30 days of service of the Third Amended Complaint on Defendants and is therefore timely under 28 U.S.C. § 1446(b)(3).

30. A copy of this Petition for Removal shall be filed contemporaneously in the Superior Court of California, Contra Costa County.

31. Each of the Defendants, namely SHRI, Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, Randy Wise, and Allen Strege, agrees to the removal of the Contra Costa Action to this Court.

32. By filing this Petition for Removal, Defendants do not waive any defenses that may be available to them.

Dated: March 25, 2015      ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Todd A. Roberts
    TODD A. ROBERTS
    ENRIQUE MARINEZ
    NICOLE S. HEALY
    Attorneys for Defendant/Cross-Complainant
    STRAW HAT RESTAURANTS, INC., Cross-Complainant STRAW HAT COOPERATIVE
    CORPORATION, and Defendants JEFFREY
    EASON, SAL LISTEK, DEBORAH MORRIS,
    CLARK RUPP, RANDY WISE, and ALLEN
    STREGE