PETER C. LAGARIAS (SBN 77091)
BRUCE NAPELL (SBN 115116)
LAGARIAS & NAPELL, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiffs and Cross-Defendants English & Sons, Inc., Cole English, Donna English, Pizza Pierates, LLC, Formatts Enterprise, LLC, Mehrok Food, Inc., Mostafa Sehhat, Olga Sehhat, Straw Hat IP Holdings, LLC and Straw Hat Cooperative Corporation

TODD A. ROBERTS (SBN 129722)
ENRIQUE MARINEZ (SBN 160956)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701

Attorneys for Defendant/Counter-Claimant
Straw Hat Restaurants, Inc.,
Counter-Claimant Straw Hat Cooperative Corporation,
And Defendants Jeffrey Eason, Sal Listek,
Deborah Morris, Clark Rupp,
Randy Wise, And Allen Strege

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENGLISH & SONS, INC., a California Corporation, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> STRAW HAT RESTAURANTS, INC., a California Corporation; *et al.* <br><br> Defendants, <br><br> and RELATED COUNTER-CLAIMS. | CASE NO.   3-15-CV-01382-LB <br><br> **STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE** <br> ORDER <br><br> Action Filed: October 19, 2011 <br> Action Removed: March 25, 2015 |

1

Stipulation to Postpone CMC                                              Case No. 3-15-cv-01382-LB

Pursuant to the Court Clerk's Notice dated November 18, 2015, the parties herein have conferred and agree that the Case Management Conference currently scheduled for December 17, 2015 should be postponed to January 14, 2016. The parties therefore file this Stipulation To Postpone Case Management Conference, and associated deadlines as follows:

1. **Case Management Conference**

Case Management Conference currently scheduled for December 17, 2015 is postponed to January 14, 2016, at 11:00 a.m., in Courtroom C, 15th Floor.

**2. Case Management Conference Statement**

A Joint Updated Case Management Conference Statement is due January 7, 2016.

DATED: December 2, 2015        LAGARIAS & NAPELL, LLP

By:    /s/ Bruce Napell
       Bruce Napell, Esq.
       Attorneys for Plaintiffs and Cross-Defendants English & Sons, Inc., Cole English, Donna English, Pizza Pierates, LLC, Formatts Enterprise, LLC, Mehrok Food, Inc., Mostafa Sehhat, Olga Sehhat, Straw Hat IP Holdings, LLC, and SHCC Corporation

ROPERS, MAJESKI, KOHN & BENTLEY



By:    /s/ Enrique Marinez
       ENRIQUE MARINEZ
       NICOLE S. HEALY
       TODD A. ROBERTS
       Attorneys For Defendant/Counter-Claimant Straw Hat Restaurants, Inc., Counter-Claimant    Straw Hat Cooperative Corporation, And Defendants Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, Randy Wise, And Allen Strege

```
Case Management Conference reset to January 14, 2016 at 11:00 a.m. A Joint Case
Management Statement due January 7, 2016.
Dated: December 3, 2015
```

Pursuant to the Court Clerk's Notice dated November 18, 2015, the parties herein have conferred and agree that the Case Management Conference currently scheduled for December 17, 2015 should be postponed to January 14, 2016. The parties therefore file this Stipulation To Postpone Case Management Conference, and associated deadlines as follows:

1. **Case Management Conference**

Case Management Conference currently scheduled for December 17, 2015 is postponed to January 14, 2016, at 11:00 a.m., in Courtroom C, 15th Floor.

**2. Case Management Conference Statement**

A Joint Updated Case Management Conference Statement is due January 7, 2016.

DATED: December 2, 2015        LAGARIAS & NAPELL, LLP

By:    /s/ Bruce Napell
       Bruce Napell, Esq.
       Attorneys for Plaintiffs and Cross-Defendants English & Sons, Inc., Cole English, Donna English, Pizza Pierates, LLC, Formatts Enterprise, LLC, Mehrok Food, Inc., Mostafa Sehhat, Olga Sehhat, Straw Hat IP Holdings, LLC, and SHCC Corporation

ROPERS, MAJESKI, KOHN & BENTLEY



By:    /s/ Enrique Marinez
       ENRIQUE MARINEZ
       NICOLE S. HEALY
       TODD A. ROBERTS
       Attorneys For Defendant/Counter-Claimant Straw Hat Restaurants, Inc., Counter-Claimant    Straw Hat Cooperative Corporation, And Defendants Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, Randy Wise, And Allen Strege

```
Case Management Conference reset to January 14, 2016 at 11:00 a.m. A Joint Case
Management Statement due January 7, 2016.
Dated: December 3, 2015
```