UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGLISH & SONS, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>STRAW HAT RESTAURANTS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-01382-LB   (JSC)<br><br>**ORDER EXCUSING CERTAIN PARTIES FROM SETTLEMENT CONFERENCE** |

The Court is in receipt of a letter from counsel dated April 12, 2016 requesting that certain litigants be excused from personally attending the April 19, 2016 settlement conference. Good cause being shown, and in light of the Court's familiarity with the parties and belief that the absence of these particular litigants will not impede the hoped-for resolution, the parties' request is GRANTED.

**IT IS SO ORDERED.**

Dated: April 15, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge