TODD A. ROBERTS (SBN 129722)
ENRIQUE MARINEZ (SBN 160956)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	todd.roberts@rmkb.com
	enrique.marinez@rmkb.com
	nicole.healy@rmkb.com

Attorneys for Defendant/Counter-Claimant
STRAW HAT RESTAURANTS, INC.,
Counter-Claimant STRAW HAT
COOPERATIVE CORPORATION, and
Defendants JEFFREY EASON, SAL LISTEK,
DEBORAH MORRIS, CLARK RUPP,
RANDY WISE, AND ALLEN STREGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGLISH & SONS, INC., a California corporation; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STRAW HAT RESTAURANTS, INC., a California corporation; et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | **CASE NO. 3:15-cv-01382-LB**<br><br>[~~PROPOSED~~] **JUDGMENT AS TO COUNTERCLAIMS 18 AND 19**<br><br>Action Filed:    October 19, 2011<br>Action Removed:  March 25, 2015 |

**WHEREAS**, the Court having granted Summary Judgment in favor of Defendant and Counterclaimant Straw Hat Restaurants, Inc. ("SHRI") and Counterclaimant Straw Hat Cooperative Corporation ("SHCC"), including as to Counterclaims 18 and 19 of their Third Amended and Supplemental Countercomplaint (ECF No. 85); and

**WHEREAS**, the parties, that is, Defendant and Counter-Claimant Straw Hat Restaurants, Inc., Counter-Claimant Straw Hat Cooperative Corporation, and Defendants Jeffrey Eason, Sal Listek, Deborah Morris, Clark Rupp, Randy Wise, and Allen Strege, on the one hand, and

1  Plaintiffs Cole English; Donna English; English & Sons, Inc.; Pizza Pierates, LLC; Formatts
2  Enterprise, LLC; Mehrok Foods, Inc.; Mostafa Sehhat; and Olga Sehhat entered into a Stipulation
3  of Settlement on April 19, 2016, resolving all claims and counterclaims between them, which
4  Stipulation provides that the Court shall enter judgment on Counterclaims 18 and 19; and

**FOR GOOD CAUSE APPEARING, NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment on the merits of these claims is hereby entered in favor of Defendant and Counterclaimant Straw Hat Restaurants, Inc. and Counterclaimant Straw Hat Cooperative Corporation, and against Plaintiffs, Cole English; Donna English; English & Sons, Inc.; Pizza Pierates, LLC; Formatts Enterprise, LLC; Mehrok Foods, Inc.; Mostafa Sehhat; and Olga Sehhat with respect to Counterclaims 18 and 19 of the Third Amended and Supplemental Countercomplaint; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED AS TO COUNTERCLAIMANTS' EIGHTEENTH CAUSE OF ACTION THAT:**

2. The June 15, 2011 vote by the majority of SHCC's members in favor of dissolution met the requirements for dissolving SHCC pursuant to Cal. Corp. Code § 12630 and SHCC's Bylaws; and

3. The Board of Directors of SHCC as of June 15, 2011, shall wind up and dissolve SHCC; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED AS TO COUNTERCLAIMANTS' NINETEENTH CAUSE OF ACTION THAT**

4. SHCC, as constituted as of June 15, 2011, owns, controls, and has the right to use and license the Straw Hat trademarks and other Straw Hat intellectual property assets.

Dated: May 31, 2016

HONORABLE LAUREL BEELER
U.S. MAGISTRATE JUDGE